UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of April, two thousand and seventeen,

_____

| | |
|---|---|
| In the Matter of: Bernard L. Madoff Investment Securities, LLC, | **ORDER**<br>Docket No. 16-413 |
| Debtor, | |

Elliot G. Sagor, Edward A. Zraick, Jr., Nancy Zraick, Patricia DeLuca, Karen M. Rich,
Theresa R. Ryan, Lawrence J. Ryan, Callie A. Ostenson-Murray, Kelly Bunch,
Roberta Schwartz, Bret Palmer, Sloan G. Kamenstein, Aaron Blecker, Angela Tiletnick,
Barbara Engel, Barbara Kotlikoff Harman, Ben Heller, Benjamin T. Heller Irrevocable Trust,
Beth P. Feldman, Bruce N. Palmer, Carol Fisher, Carol Kamenstein,
Chalek Associates LLC, David Chalek, Frances Reiss, Isabel Chalek,
John Tzannes Trust, Mitchel Chalek, Morton Chalek, Peter Tzannes,
Richard Mark Chalek, Robin Tzannes, Laura Hallick, Elaine R. Schaffer,
Fern C. Palmer, Estate of Gabriel Friedman c/o Richard Friedman Executor,
Fern C. Pamer Revocable Trust, Frieda Low, Glenn Rechler, Gunther Unflat,
Herbert Barbanel & Alice Barbanel JT Wros., Jonathan Schwartz, Keith Shaffer,
Martin R. Harnick, Marjorie Forrest, Kurt C. Palmer, Kenneth M. Kohl, Myrna Kohl,
Steven P. Norton, Robert K. Low, Richard M. Friedman, Rona Mast, Elaine Ruth Schaffer,
Philip E. Miller, Pamela K. Marxen, Sage Realty, Ryan Murray, Tracy D. Kamenstein,
Palmer Family Trust, Gunther K. Unflat, Robin L. Warner, Jon Warner,

Timothy Shawn Teufel, Valerie Anne Teufel, Megan Bunch, Marsha Peshkin,
Benjamin Rechler Trust, Oscar Palmer, Blake Palmer, Mishkin Family Trust,
Dana LeFavor, Sandy Sandler, Boyer Palmer, Sophia Palmer, Timothy S. Teufel,
Willi Rechler Trust, Heidi Holmers, Gaba Partnership, Denis Castelli, Robert Halio,
Steven C. Schupak, Adele Fox, Toby Lees, Estate of Boyer Palmer,

    Appellants,

v.

Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

    Appellee,

Securities Investor Protection Corporation, Statutory Intervenor pursuant to Securities Investor Protection Act, 15 U.S.C. Section 78eee(d),

    Intervenor.

---

  IT IS HEREBY ORDERED that Amici Curiae Appendix A's motion for leave to participate in oral argument is DENIED.

          For The Court:
          Catherine O'Hagan Wolfe,
          Clerk of Court